# EXHIBIT 3

## Operational Policies, Procedures, and Information



# Hope Women's Shelter

# Downtown Hope Center

# Operational Policies, Procedures, and Information

# Hope Women's Shelter

(Not For Publication; Hope Center Staff Only)

## General Information

## Table of Contents

**General Policies and Procedures**

**New Guest Registration and Intake**

**Offenses and Consequences**

# *Hope Women's Shelter* Admittance Policy

A. **Introduction**

Downtown Hope Center is a faith-based non-profit organization that is inspired by the love of Jesus to offer support, shelter, sustenance, and skills to those in need to transform their lives. The Center does this both through acts of service and through the inculcation of Christian beliefs and values. The Center believes that the transforming love of Jesus can free people of destructive situations, habits, and addictions. To be true to its beliefs, teaching, mission, and values, Down Hope Center must abide by its Christian beliefs in how it operates, including in what it teaches and how treats others.

B. **Hours of Operation:**

Mon. through Fri.: 6 pm check in / 8 am check out
Sat. and Sun.: (Summer) 6pm check in/ 12:30pm Check out (Breakfast & Lunch served) Sat. and Sun.: (Winter time) 6pm check in/ Sun. services & Lunch 9am-1pm

**Please Note:** As the shelter is closed during times other than those above and DHC operates a lunch time feeding program, guests must not be in a condition that would require bed rest, medical attention or sleeping during the day.

C. **Admission Criteria:**
Downtown Hope Center operates an overnight emergency shelter that seeks to serve, train, teach, and empower homeless women, particularly those women fleeing from domestic violence and sex-trafficking. One way it does so is by providing transient overnight housing. Because of limited resources and limited space and because of its mission to serve and empower those most in need, the Center cannot accept everyone, a large portion of the public, or even a large portion of those in need of transient overnight housing. So the Center must be selective in admitting guests. In order for a guest to be admitted to the shelter, she must satisfy and agree to abide by the following conditions:

1. Guests must be homeless, which includes those who are literally homeless, at imminent risk of homelessness, homeless under other federal statutes, and fleeing or attempting to flee domestic violence.

2. Guests must be 18 years of age or older.

3. Guests must not demonstrate behavior dangerous to staff, guests, or themselves.

4. Guests must be able to function in the shelter environment without serious disruption to staff and guests.

5. Guests must be clean and sober. No one is allowed to stay if they are inebriated or under the influence of any substance.

6. Guests must be biological females, meaning they were born with, and currently have, only anatomical and genetic characteristics of a woman.

7. Guests must adhere to shelter policies.

8. Guests must be willing to be exposed to Christian teachings and not disrupt meetings inculcating Christian values. Guests will be offered Christian counseling and advice provided by staff and leaders associated with DHC. These activities include, but are not limited to, group prayer before meals, Bible studies, group devotions, Christian music, and television screens, signs, and decor with Christian messages, teachings, and symbols.

9. Guests must follow the shelter schedule and perform chores assigned to them.

10. There are no nursing or medical personnel on staff. Guests must be able to meet personal needs without assistance. This includes, but is not limited to the following:
    a. Ability to move about the shelter independently
    b. Ability to get up and down off mats without assistance
    c. Ability to get to and use restroom facilities without assistance
    d. Ability to shower without assistance
    e. Ability to take medications without assistance
    f. As there are no storage facilities, guests must be able to care for their belongings, in, including removing all personal belongings from the shelter when leaving in the morning. (Only 2 bags allowed per guest).

11. In addition to failing to comply with the above requirements, guests will be denied admission to the shelter for the following:
    a. Intoxication or under the influence of illegal substance
    b. Active TB or any other disease causing a public health risk
    c. Lice
    d. On grievance or disciplinary notice
    e. Violation of non-grievance policy
    f. Other extreme or extenuating circumstance and situations

*Exceptions may be made for any person if the situation is deemed life threatening by the supervisor on duty.

D. **Admission Priorities:** Guests will be admitted in the order listed below to ensure those in the most need of safe shelter receive priority:

1. The elderly, the visibly physically handicapped, and the infirm are admitted before the general population. Handicapped is defined as someone in a wheelchair or other mechanical mobility aid, use crutches or a cane to walk, or the infirm that lack the physical capability to stand in line for long periods of time. Guests with limited mental capabilities may be considered handicapped at the discretion of the supervisor or staff.
2. After all elderly, handicapped, and infirm are signed in, all others meeting the criteria set forth in Section A will be admitted on a first-come basis until the Center accepts 50 guests. Because of limited space, the Center cannot house more than 50 guests at any one time.

E. **Children in the Shelter:** Except through previous arrangement with the Executive Director or the Shelter Manager, children are not be allowed into the shelter between 6 PM and 8 AM. Children when admitted, must be under direct supervision of a parent or guardian at all times. Children with volunteer groups must be under supervision of parent or guardian.

F. **Visitors:** All visitors and volunteers are required to check in with the staff on duty before being allowed to proceed into the building. All volunteers are requested to sign the Volunteer list prior to entry.

G. **One way door policy:** Once a guest has checked into the shelter for sleeping they are required to stay in the building. Guests who leave the building after checking in will not be readmitted to the shelter until 6 PM the following day. This policy can be adapted per staffs Permission and does not pertain to bakery or culinary students.

H. **Curfew:** An 10:00 PM curfew policy is in effect. Guests arriving after 10 PM will not be admitted unless prior arrangements have been made with staff.

I. **Commerce:** The sale or resale of any items in the shelter is strictly prohibited without the express written permission of the Shelter Manager.

J. **Evaluation of Admission Criteria and Policy Compliance:** Every woman who seeks to access the shelter must first check in, agree in writing to abide by all Hope Center admission criteria and policies, and receive approval from Hope Center staff. At that admission point and throughout any guest's stay at the shelter, Hope Center staff has sole discretion to determine if an applicant or guests meets and continues to satisfy Hope Center policies, admission criteria, and admission priorities. In making that determination, Hope Center staff may rely on factors including, but not limited to, their observations (e.g. if someone appears drunk), reports from other guests, medical tests, questions to and answers from applicants and guests, and government records and reports.