# EXHIBIT 4

Shelter Guest Schedule
& Requirements



# *Shelter Guest Schedule & Requirements*

**We are a sober and clean Shelter.** No one is allowed to stay if they are inebriated or high. If we suspect a potential shelter guest might be under the influence, upon staff's discretion, we will utilize the breathalyzer and/or administer a drug test.

**5:45pm:**
- *Line up in the courtyard to be checked in by Shelter Staff*
    - *Random bag-checks will be made nightly.*

**6pm:**
- *Dinner will be served*
    - *Guests may only sit at the red tables to eat.*
    - *Seconds will be served when announced.*
    - *If a guest does not finish their meal, they may not save it.*
    - *Dinner will wrap up around 6:30pm*

***7:30: (approximately)***
- ***After** everything is cleaned up and the staff is ready, staff will open the mat closet for distribution based on signup sheet.*
    - *Get in line and your name will be called to get your mat.*
    - *Staff will give you a bag with blankets and a sheet.*

**8pm:** (or when 2nd Shelter employee arrives)
- *Shower House opens*
    - *Sign up to take a shower.*
    - *Sign up to get your laundry done.*
    - *If you need clothing/ hygiene products ask the Shelter worker*
    - *You may watch a movie and chill in the lounge area until lights out or staff informs you it's time to move.*

**11pm:**
- Lights out
    - *Cell phones must be turned off and/or put on silent.*
    - *Courtyard door will now be locked for the night.*

**5am:**
- Door to the courtyard will be unlocked



**6:30am:**
- Coffee and breakfast will be set out.
- If clothes were washed the night before, you will find them on the black cart by breakfast, with your name on them.

**7:30am:**
- Everything needs to be put away & completed
    - *Guests beds must be put away.*
    - *Assigned guest chores completed*

- If a guest needs new bedding, feminine products, or medicine they may ask Shelter staff at this time.

**Additional Shelter important information:**

*- If a guest wants to stay during the day, they must **move over by the sound system or sit at the back, black tables.***

*- Guests are allowed to stay inside the building pretty much all day.*
*Exceptions: Guests will have to line up outside for lunch at 11:30am and then after lunch service closes, wait in the courtyard while the dining hall is cleaned. Guests MUST keep all personal belongings with them.*

*- If a guest needs to arrive later than 5:45pm, due to appointments, work, ect. They MUST inform Shelter staff the morning **before** the evening they will be arriving late. If a guest fails to do this, they may lose their place in line for a bed.*

**Saturdays:** Only guests who stayed in the shelter Friday night are allowed to stay in the shelter during the day on Saturdays. These guests will also be preregistered for Sat. night (as long as all other rules above were observed satisfactorily).

All other potential shelter guests will have to arrive at 5:45 in the DHC courtyard for registration of remaining unassigned beds.