# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>                      Plaintiff(s),<br>vs.<br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, et al.,<br>                      Defendant(s). | Case No. 3:21-cv-00155-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

    I, Ryan J. Tucker _____, hereby apply for permission to appear and
        (name)
participate as counsel for The Downtown Soup Kitchen _____, Plaintiff _____ ,
                (Name of party)                                (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

    I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐    I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐    I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐    For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Sonja Redmond , a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: June 30, 2021

/s/ Ryan J. Tucker
(Signature)

Ryan J. Tucker
(Printed Name)

15100 N. 90th Street
(Address)

Scottsdale, AZ 85260
(City/State/Zip)

480-444-0020
(Telephone Number)

rtucker@ADFlegal.org
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: June 30, 2021

/s/ Sonja Redmond
(Signature)

Sonja Redmond
(Printed Name)

35865 Sunset Park St.
(Address)

Soldotna, AK 99669
(City, State, Zip)

907-262-7846
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Ryan J. Tucker

Business Address: 15100 N. 90th St., Scottsdale, AZ 85260
(Mailing/Street) (City, State, ZIP)

Residence: 15100 N. 90th St., Scottsdale, AZ 85260
(Mailing/Street) (City, State, ZIP)

Business Telephone: 480-444-0020    e-mail address: rtucker@ADFlegal.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

**Please see attached sheet**
(Jurisdiction) (Address) (Year)

(Jurisdiction) (Address) (Year)

(Jurisdiction) (Address) (Year)

(Jurisdiction) (Address) (Year)

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: June 30, 2021

_____
(Signature of Applicant)

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 30, 2021

Re: Mr. Ryan Jeffrey Tucker, State Bar Number 24033407

To Whom It May Concern:

This is to certify that Mr. Ryan Jeffrey Tucker was licensed to practice law in Texas on November 02, 2001, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

Case 3:21-cv-00155-SLG   Document 3   Filed 07/01/21   Page 4 of 5

# RYAN J. TUCKER
## BAR AND COURT ADMISSIONS

| **STATE BARS** | **DATE ADMITTED** |
|---|---|
| State Bar of Texas (No. 24033407) | Nov. 2, 2001 |
| State Bar of Arizona (No. 034382) | Apr. 26, 2018 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| U.S. Supreme Court | Nov. 13, 2017 |
| U.S. Court of Appeals for 2nd Cir. | June 22, 2020 |
| U.S. Court of Appeals for 5th Cir. | June 12, 2007 |
| U.S. Court of Appeals for 9th Cir. | June 17, 2020 |
| U.S. District Court for the District of Colorado | Jan. 25, 2019 |
| U.S. District Court for the Eastern District of Michigan | Apr. 5, 2019 |
| U.S. District Court for the Western District of Michigan | July 27, 2018 |
| U.S. District Court for the Northern District of Texas | Apr. 3, 2009 |
| U.S. District Court for the Southern District of Texas | May 13, 2002 |
| U.S. District Court for the Western District of Texas | Apr. 5, 2002 |