David A. Cortman, *Pro Hac Vice*
Ryan J. Tucker, *Pro Hac Vice*
Katherine L. Anderson, *Pro Hac Vice*
Jeremiah J. Galus, *Pro Hac Vice*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
dcortman@adflegal.org
rtucker@adflegal.org
kanderson@adflegal.org
jgalus@adflegal.org

Sonja Redmond, AK Bar No. 0605022
LAW OFFICE OF SONJA REDMOND
35865 Sunset Park St.
Soldotna, Alaska 99669
(907) 262-7846
sredmond@greatlandjustice.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>　　Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>　　Defendants. | Case No. 3:21-cv-00155-SLG |

# NOTICE OF RELATED CASE

1. Pursuant to Local Rules 3.1 and 16.1, Plaintiff notifies the Court of the following related case: Case No. 3:18-cv-00190-SLG, *The Downtown Soup Kitchen d/b/a Downtown Hope Center v. Municipality of Anchorage*, filed on August 16, 2018. Defendants in that case included the Municipality of Anchorage, the Anchorage Equal Rights Commission, and the Commission's then-Executive Director, Pamela Basler.

2. The prior case asked this Court to stop Anchorage from enforcing AMC §§ 5.20.020 and 5.20.050 against Hope Center and to declare those ordinances unconstitutional to the extent that they interfered with Hope Center's constitutionally protected activities, including its right to post its desired policies and to open its women's shelter to biological women only.

3. This Court granted a preliminary injunction in August 2019, holding that Hope Center was likely to succeed on the merits of its claims that (1) the real property law, AMC § 5.20.020, did not apply to homeless shelters like Hope Center, and (2) Hope Center was not a "public accommodation" within the meaning of the public accommodation law, AMC § 5.20.050. *Downtown Soup Kitchen v. Municipality of Anchorage*, 406 F. Supp. 3d 776, 794–97 (D. Alaska 2019).

2
*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG
Case 3:21-cv-00155-SLG   Document 14   Filed 07/16/21   Page 2 of 4

4. Shortly after the preliminary injunction ruling, Anchorage resolved the litigation with a Joint Consent Decree.

5. However, Anchorage has since amended its real property and public accommodation laws to avoid the preliminary injunction ruling, necessitating this lawsuit.

6. Although the prior case is related, consolidation is not requested because the prior case is closed. In addition, this case already shares a common judicial assignment with the prior case.

Respectfully submitted this 16th day of July, 2021.

        *s/ Ryan J. Tucker*
        David A. Cortman, *Pro Hac Vice*
        Ryan J. Tucker, *Pro Hac Vice*
        Katherine L. Anderson, *Pro Hac Vice*
        Jeremiah J. Galus, *Pro Hac Vice*
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, Arizona 85260
        (480) 444-0020
        dcortman@adflegal.org
        rtucker@adflegal.org
        kanderson@adflegal.org
        jgalus@adflegal.org

        Sonja Redmond, AK Bar No. 0605022
        LAW OFFICE OF SONJA REDMOND
        35865 Sunset Park St.
        Soldotna, Alaska 99669
        (907) 262-7846
        sredmond@greatlandjustice.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be personally served upon the following:

Municipality of Anchorage
623 W. 6th Avenue, Suite 730
Anchorage, AK 99501

Anchorage Equal Rights Commission
632 W. 6th Avenue, Suite 110
Anchorage, AK 99501

Mitzi Bolaños Anderson
Executive Director
Anchorage Equal Rights Commission
632 W. 6th Avenue, Suite 110
Anchorage, AK 99501

Respectfully submitted this 16th day of July, 2021.

*s/ Ryan J. Tucker*
Ryan J. Tucker

*Attorney for Plaintiff*