IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>　Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>　Defendants. | Case No. 3:21-cv-00155-SLG |

## DECLARATION OF J.A.

I, J.A., declare as follows:

1.　I am a citizen of the United States and a resident of the State of Alaska. I am competent to make this declaration and the facts stated herein are within my personal knowledge.

2.　I live in Anchorage, Alaska.

3.　I first learned about Hope Center in 2015 but I was not sure at the time whether it was where I should stay. My daughters were at a different shelter and I wanted to be with them.

1

4. I initially stayed at other shelters with my daughters. At these places, men and women sleep together in the same rooms and because of my past experiences with men, I did not feel safe.

5. I started staying at Hope Center in November of 2019 because I knew that they did not allow men and women to sleep in the same room.

6. I have been physically, mentally, and sexually abused by men. This is why I cannot sleep five feet from a man or change my clothes in the same room as men.

7. I would feel very uncomfortable and not be able to sleep having any biological male staying in the same room as me.

8. It is also important to me that Hope Center is faith-based and that they are able to operate according to their religious beliefs.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing facts are true and correct to the best of my knowledge.

Executed on the 13th day of July, 2021.

