IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | Case No. 3:21-cv-00155-SLG |

**DECLARATION OF M.I.**

I, M.I., declare as follows:

1. I am a citizen of the United States and a resident of the State of Alaska. I am competent to make this declaration and the facts stated herein are within my personal knowledge.

2. I live in Anchorage, Alaska.

3. Hope Center has done so much for me. To me, Hope Center means safety, security, trust, and communication. First and foremost, though, Hope Center means family.

4. I am a survivor of rape and other physical abuse. Some of these events occurred while I was staying at other shelters in Anchorage.

1

5. One night, while staying at another shelter, I woke up as two men who were also staying there tried to attack me and steal my belongings from under my pillow. No one at this shelter ever did anything to help me. I felt scared and alone.

6. Then, I heard about Hope Center and that it was a women's only shelter. One of the main reasons I left the other shelter and came to Hope Center is because I knew they did not allow men to stay the night.

7. I have post-traumatic stress disorder because of the abuse I have suffered. I try my hardest not to be around men. It is triggering for me and I do not feel safe around them. I have talked to other women at the shelter who feel the same way.

8. That is why it is so important that Hope Center only allows biological women to stay the night. If I had to sleep five feet from a male, I would no longer feel safe—my safe haven would be gone. Our safe haven would be gone.

9. I would rather sleep outside than sleep next to a biological man. If Hope Center was forced to allow biological men to sleep in the same room as me, I would rather find a place to hide in the forest. I would leave and never come back.

10. I do not feel safe sleeping near men after everything I have been through. I don't think its okay to have them stay here.

2

*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG
Case 3:21-cv-00155-SLG   Document 15-6   Filed 07/16/21   Page 2 of 3

11. I have built a family at Hope Center and it would break my heart to leave. But if Hope Center had to allow biological men to sleep in the same room as me, I would have no choice.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing facts are true and correct to the best of my knowledge.

Executed on the 13th day of July, 2021.

