IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>  Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>  Defendants. | Case No. 3:21-cv-00155-SLG |

**DECLARATION OF T.E.**

I, T.E., declare as follows:

1. I am a citizen of the United States and a resident of the State of Alaska. I am competent to make this declaration and the facts stated herein are within my personal knowledge.

2. I live in Anchorage, Alaska.

3. During my freshman year of college, I was attacked by a man. It changed my life forever.

4. I became homeless three years ago after my divorce. While I have stayed at other shelters and respite areas in Anchorage, I have spent most of the past three years staying at Hope Center.

1
*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG

5. Hope Center gave me a safe place to go through what I was going through and introduced me to the Word of Jesus Christ. That, too, changed my life forever. I want other women to be able to have this experience too.

6. I need people to know that Hope Center is a safe haven for women like me. It is a church. I think of it as God's home. It is our home.

7. I know many women that stay with me at Hope Center's women's shelter struggle with post-traumatic stress disorder and other issues because of the abuse they have suffered. Like me, they would be triggered by the presence of a male and would not feel comfortable changing or sleeping in a room with any biological male.

8. I have stayed at other shelters that allow men to stay overnight. Those shelters have huge areas for lots of men to stay the night. Those are their places. And if men have rooms to stay in, women need rooms too. They have their place and we have ours. Hope Center is our place.

9. All the men and women who stay at shelters in Anchorage are going through their own issues. But it can be scary because you don't know what other people are dealing with. The fact that Hope Center only allows biological women to stay the night protects my privacy and safety.

10. If a biological male slept in the same room as me, it would take my security away. Requiring Hope Center to allow biological males to stay the night would hurt women like me who count on Hope Center to provide a safe space.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing facts are true and correct to the best of my knowledge.

Executed on the 13th day of July, 2021.

