# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | Case No. 3:21-cv-00155-SLG |

## [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff's Motion for Preliminary Injunction ("Motion"). The Court has reviewed the Motion as well as the briefing and supporting documents submitted by the parties regarding the Motion. For the reasons set forth in this Court's accompanying opinion and in accordance with Federal Rule of Civil Procedure 65, this Court grants Plaintiff's Motion.

**IT IS ORDERED THAT:**

All named Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendants who receive actual notice of this order are temporarily enjoined from directly or indirectly enforcing Anchorage Municipal Code § 5.20.050 and § 5.20.020 as-applied to the constitutionally protected activities of the

Hope Center and its agents, including its right to post its desired admissions policy, to discuss its religious beliefs about sex and gender, and to open its women's homeless shelter to biological women only.

This injunction shall remain in place during the course of this litigation until the Court orders otherwise. Because this injunction protects fundamental constitutional rights and Defendants suffer no harm from refraining to enforce laws in an unconstitutional manner, the Court issues this preliminary injunction without a bond or another other security.

DATED this _____ day of _____, 2021, at Anchorage, Alaska.

SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

2
*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG

Case 3:21-cv-00155-SLG   Document 15-8   Filed 07/16/21   Page 2 of 2