# AFFIDAVIT - RETURN OF SERVICE

THE DOWNTOWN SOUP KITCHEN D/B/A DOWNTOWN HOPE CENTER
    Plaintiff(s),
vs.
MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, ET AL.
    Defendant(s).
_____)

**FILE STAMP**

Case Number: 3:21-CV-00155-SLG

I solemnly swear or affirm that on 7/19/2021, at 9:15 AM, I served the following documents:

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, EXHIBIT 1-4, MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ALASKA FOR DAVID A. CORTMAN, MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ALASKA FOR JEREMIAH J. GALUS, MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ALASKA FOR KATHERINE L. ANDERSON, MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ALASKA FOR RYAN J. TUCKER, VERIFIED COMPLAINT, CORPORATE DISCLOSURE STATEMENT, (PROPOSED) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF J.A., DECLARATION OF M.I. DECLARATION OF SHERRIE LAURIE, DECLARATION OF T.E., EXHIBIT 1-2, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR PRELIMINARY INJUNCTION, NOTICE OF RELATED CASE

upon the therein named MUNICIPALITY OF ANCHORAGE at 632 W. 6TH AVENUE, SUITE 250, ANCHORAGE, ALASKA 99501, by handing and leaving a true and correct copy with JENNA BRISTER, EXECUTIVE ADMINISTRATIVE ASSISTANT, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF MUNICIPALITY OF ANCHORAGE.

_____
DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this July 22, 2021 in Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 5/29/2024

Client: ALLIANCE DEFENDING FREEDOM
Client Contact: JESSICA PERSKE
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

**Return No.: 204832**

| | |
|---|---:|
| Service Fee: | $100.00 |
| Other Costs: | $42.60 |
| **Total Service Fees:** | **$142.60** |

# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>*Plaintiff*<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, et al.,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:21-cv-00155-SLG<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Municipality of Anchorage
632 W. 6th Avenue, Suite 730
Anchorage, Alaska 99501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan J. Tucker
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/1/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MoA

was received by me on *(date)*

☑ I personally served the summons on the individual at *(place)* 637 W 6TH Ave

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)* MoA
Jenna Brister on *(date)* 7/19/21 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-23-21

_____
Server's signature

Douglas Callison
*Printed name and title*

PO Box 101136 Anchorage AK 99510
*Server's address*

Additional information regarding attempted service, etc: