Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | Case No. 3:21-cv-00155 SLG |

**ENTRY OF APPEARANCE AS CO-COUNSEL**

The Office of the Anchorage Municipal Attorney hereby enters Ruth Botstein and Meagan Carmichael in this action as co-counsel on behalf of defendants Municipality of Anchorage, Anchorage Equal Rights Commission and Mitzi Bolaños Anderson.

Respectfully submitted this 30th day of July, 2021.

> PATRICK N. BERGT
> Municipal Attorney
>
> By: s/Ruth Botstein, s/ Meagan Carmichael
> Ruth Botstein (AK Bar No. 9906016)
> Meagan Carmichael (AK Bar No. 1011071)
> Assistant Municipal Attorneys
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Entry of Appearance as Co-Counsel
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 20   Filed 07/30/21   Page 2 of 2