Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER, <br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | Case No. 3:21-cv-00155 SLG |

## MOTION FOR 14-DAY EXTENSION OF TIME TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION

Defendants Municipality of Anchorage, Anchorage Equal Rights Commission, and Mitzi Bolaños Anderson, by and through counsel, hereby move the court for an extension of time until August 16, 2021, in which to oppose plaintiff's Motion for Preliminary Injunction.

The 14-day extension is sought because undersigned counsel is currently preparing briefing to the Alaska Supreme Court in an expedited elections case with short deadlines that cannot be extended, as described in the attached affidavit of counsel. As further described in the affidavit, this brief extension of time is necessary so that defendants can prepare helpful briefing to the Court and will not be prejudicial to any party.

Respectfully submitted this 30th day of July, 2021.

                      PATRICK N. BERGT
                      Municipal Attorney

By: s/Ruth Botstein, s/ Meagan Carmichael
     Ruth Botstein (AK Bar No. 9906016)
     Meagan Carmichael (AK Bar No. 1011071)
     Assistant Municipal Attorneys
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, AK 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Motion for 14-Day Extension of Time to Oppose Motion for Preliminary Injunction
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 21   Filed 07/30/21   Page 2 of 2