Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00155 SLG |

**MOTION FOR 14-DAY EXTENSION OF TIME TO FILE ANSWER**

Defendants Municipality of Anchorage, Anchorage Equal Rights Commission, and Mitzi Bolaños Anderson, by and through counsel, hereby move the court for an extension of time until August 23, 2021, in which to file a responsive pleading responding to Plaintiff's complaint. As described in the attached affidavit of counsel, this 14-day extension is unopposed.

Respectfully submitted this 9th day of August, 2021.

              PATRICK N. BERGT
              Municipal Attorney

            By: s/Ruth Botstein, s/ Meagan Carmichael
              Ruth Botstein (AK Bar No. 9906016)
              Meagan Carmichael (AK Bar No. 1011071)
              Assistant Municipal Attorneys
              Municipal Attorney's Office
              P.O. Box 196650
              Anchorage, AK 99519-6650
              Phone: (907) 343-4545
              Fax: (907) 343-4550
              Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on August 9, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Motion for 14-Day Extension of Time to File Answer
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 24   Filed 08/09/21   Page 2 of 2