Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:21-cv-00155 SLG |

**AFFIDAVIT OF COUNSEL**

1.  My name is Ruth Botstein. I am an Assistant Municipal Attorney for the Municipal Attorney's Office. I am lead counsel of record in this case for defendants.

2.  The Municipality was served with the Complaint in this case on July 19, 2021. Defendants' Answer is due 21 days after service, on August 9, 2021.

3. Defendants request a 14-day extension in which to file a responsive pleading to the Answer. If the request is granted, the opposition will be due on August 23, 2021.

4. I spoke with plaintiff's lead counsel, Ryan Tucker, on August 6. Mr. Tucker stated that he did not oppose the extension request.

Pursuant to Alaska Statute 09.63.020, I hereby certify that I executed this affidavit on August 9, 2021; due to a notary public or other official empowered to administer oaths being unavailable be me, I certify under penalty of perjury that the foregoing is true.

FURTHER YOUR AFFIANT SAYETH NAUGHT

By: s/ Ruth Botstein  
Ruth Botstein  
Assistant Municipal Attorney  
Alaska Bar No. 9901016

Certificate of Service  
The undersigned hereby certifies that on August 9, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings  
Amber J. Cummings, Legal Secretary  
Municipal Attorney's Office

Affidavit of Counsel ISO Motion for 14-Day Extension  
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG  
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 24-1   Filed 08/09/21   Page 2 of 2