Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | Case No. 3:21-cv-00155 SLG |

**ORDER GRANTING MOTION FOR 14-DAY EXTENSION OF TIME FILE ANSWER**

Defendant Municipality of Anchorage, Anchorage Equal Rights Commission, and Mitzi Bolaños Anderson, having moved for an extension of time in which to answer the complaint (Dkt. 1),

IT IS HEREBY ORDERED that the motion at Dkt. 24 is GRANTED. Defendants' answer is due August 23, 2021.

Dated:_____    By:_____
                                                    Sharon L. Gleason
                                                    U.S. District Court Judge

<u>Certificate of Service</u>
The undersigned hereby certifies that on August 9, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

<u>s/ Amber J. Cummings</u>
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office