Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER, <br><br>Plaintiff, <br><br>vs. <br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission, <br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00155 SLG |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

Having reviewed Defendants' Opposition to Motion for Preliminary Injunction, any oppositions and reply memoranda, and being fully advised in the premises, the Court hereby DENIES the motion for preliminary injunction.

Dated:_____  By:_____
Sharon L. Gleason
U.S. District Court Judge

Certificate of Service
The undersigned hereby certifies that on August 16, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings_____
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Order Denying Motion for Preliminary Injunction
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 27-2   Filed 08/16/21   Page 2 of 2