Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>Defendants. | Case No. 3:21-cv-00155 SLG |

## ORDER GRANTING DEFENDANTS' 12(b)(1) MOTION TO DISMISS FOR LACK OF STANDING

Having reviewed Defendants' 12(b)(1) Motion to Dismiss For Lack of Standing, any oppositions and reply memoranda, and being fully advised in the premises, the Court

hereby GRANTS the motion. The Court lacks Article III standing and therefore dismisses the complaint in its entirety.

Dated:_____        By:_____
                                   Sharon L. Gleason
                                   U.S. District Court Judge

Certificate of Service
The undersigned hereby certifies that on August 23, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Marie Stafford
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Order Granting Defendants' 12(b)(1) Motion To Dismiss For Lack Of Standing
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2
Case 3:21-cv-00155-SLG   Document 28-1   Filed 08/23/21   Page 2 of 2