Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage, Anchorage Equal Rights Commission,*
*And Mitzi Bolaños Anderson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER, <br><br>Plaintiff, <br><br>vs. <br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:21-cv-00155 SLG |

**UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Municipality of Anchorage, Anchorage Equal Rights Commission, and Mitzi Bolaños Anderson, by and through counsel, hereby move the court for an extension of time until October 4, 2021, in which to file a reply in support of their Motion to Dismiss for Lack of

Standing (Docket 28). As described in the attached affidavit of counsel, this extension is unopposed.

Respectfully submitted this 27th day of September, 2021.

        PATRICK N. BERGT
        Municipal Attorney

By: s/Ruth Botstein, s/ Meagan Carmichael
        Ruth Botstein (AK Bar No. 9906016)
        Meagan Carmichael (AK Bar No. 1011071)
        Assistant Municipal Attorneys
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, AK 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on September 27, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Unopposed Motion for 7-Day Extension of Time to File Reply ISO Motion to Dismiss
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 36   Filed 09/27/21   Page 2 of 2