Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
Municipality of Anchorage, Anchorage Equal Rights Commission,
And Mitzi Bolaños Anderson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:21-cv-00155 SLG |

## AFFIDAVIT OF COUNSEL

1.   My name is Ruth Botstein. I am an Assistant Municipal Attorney for the Anchorage Municipal Attorney's Office. I am lead counsel of record in this case for defendants.

2.   The Municipality's reply in support of its Motion to Dismiss for Lack of Standing (Docket 28) is due today, September 27, 2021.

3.	Defendants request a 7-day extension in which to their reply memorandum. If the request is granted, the reply will be due on October 4, 2021.

4.	I emailed with plaintiff's lead counsel, Ryan Tucker, today. Mr. Tucker stated that plaintiff did not oppose the extension request.

Pursuant to Alaska Statute 09.63.020, I hereby certify that I executed this affidavit on September 27, 2021; due to a notary public or other official empowered to administer oaths being unavailable be me, I certify under penalty of perjury that the foregoing is true.

FURTHER YOUR AFFIANT SAYETH NAUGHT

By: s/ Ruth Botstein
Ruth Botstein
Assistant Municipal Attorney
Alaska Bar No. 9901016

Certificate of Service
The undersigned hereby certifies that on September 27, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Affidavit of Counsel ISO Motion for 7-Day Extension
*Downtown Hope Center v. MOA, AERC*; Case No. 3:21-cv-00155 SLG
Page 2 of 2

Case 3:21-cv-00155-SLG   Document 36-1   Filed 09/27/21   Page 2 of 2