David A. Cortman, *Pro Hac Vice*
Ryan J. Tucker, *Pro Hac Vice*
Katherine L. Anderson, *Pro Hac Vice*
Jeremiah J. Galus, *Pro Hac Vice*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
dcortman@adflegal.org
rtucker@adflegal.org
kanderson@adflegal.org
jgalus@adflegal.org

Sonja Redmond
AK Bar No. 0605022
LAW OFFICE OF SONJA REDMOND
PO Box 3529
35202 Kenai Spur Hwy.
Soldotna, Alaska 99669
(907) 262-7846
sredmond@greatlandjustice.com

*Attorneys for Plaintiff*

Meagan Carmichael
AK Bar No. 1011071
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
uslit@muni.org

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE DOWNTOWN SOUP KITCHEN d/b/a DOWNTOWN HOPE CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF ANCHORAGE, ANCHORAGE EQUAL RIGHTS COMMISSION, and MITZI BOLAÑOS ANDERSON, in her Official Capacity as the Executive Director of the Anchorage Equal Rights Commission,<br><br>    Defendants. | Case No. 3:21-cv-00155-SLG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG
Stipulation of Voluntary Dismissal
Page 1

Case 3:21-cv-00155-SLG   Document 46   Filed 10/11/22   Page 1 of 3

Plaintiff and Defendants, through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree that this action may be dismissed, and that notwithstanding funds paid pursuant to the parties' settlement agreement, the parties shall bear their respective costs and expenses incurred in this action. The parties will not make motions under Fed. R. Civ. P. 54.

Respectfully submitted this 11th day of October, 2022.

By: s/ Ryan J. Tucker

David A. Cortman, *Pro Hac Vice*
Ryan J. Tucker, *Pro Hac Vice*
Katherine L. Anderson, *Pro Hac Vice*
Jeremiah J. Galus, *Pro Hac Vice*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
dcortman@adflegal.org
rtucker@adflegal.org
kanderson@adflegal.org
jgalus@adflegal.org

Sonja Redmond
AK Bar No. 0605022
LAW OFFICE OF SONJA REDMOND
PO Box 3529
35202 Kenai Spur Hwy.
Soldotna, Alaska 99669
(907) 262-7846
sredmond@greatlandjustice.com

*Attorneys for Plaintiff*

By: s/ Meagan Carmichael (w/permission)

Meagan Carmichael
AK Bar No. 1011071
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
uslit@muni.org

*Attorneys for Defendants*

*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG
Stipulation of Voluntary Dismissal
Page 2

Case 3:21-cv-00155-SLG   Document 46   Filed 10/11/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Meagan Carmichael
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Respectfully submitted this 11th day of October, 2022.

*s/ Ryan J. Tucker*
Ryan J. Tucker
*Attorney for Plaintiff*

*The Downtown Soup Kitchen v. Municipality of Anchorage*, No. 3:21-cv-00155-SLG
Stipulation of Voluntary Dismissal
Page 3